IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PAMELA MILLER; RANDY HOWARD; and DONNA PATTERSON; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BASIC RESEARCH, LLC; DYNAKOR PHARMACAL, LLC; WESTERN HOLDINGS, LLC; DENNIS GAY; DANIEL B. MOWRY, Ph.D.; MITCHELL K. FRIEDLANDER; and DOES 1 through 50,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTIONS FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Case No. 2:07-CV-871 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Plaintiffs' and Defendants' Motions for Preliminary Approval of Class Action Settlement.[1]

As the Court has previously indicated, the Court will enforce the signed term sheet from the September 2012 mediation conference, along with other provisions typically involved in settlements of this type—for example, provisions releasing Defendants from liability, dismissing the case, and so on. On March 22, 2013, the Court ordered the parties to file a joint motion for preliminary approval of the settlement. The parties have not done so. The instant Motions propose incomplete proposed settlement agreements. For example, Defendants' proposal lacks provisions that would clearly be needed, such as those described above. On the other hand,

---

[1] Docket Nos. 298, 299.

1

Plaintiffs' proposal also lacks details needed to move this suit forward, such as a proposed notice.

Based on the foregoing, it is hereby

ORDERED that Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Docket No. 298) is DENIED. It is further

ORDERED that Defendants' Motion for Preliminary Approval of Class Action Settlement (Docket No. 299) is DENIED.

The parties are directed to file a joint motion for preliminary approval of the settlement on or before January 5, 2015.

DATED this 23rd day of December, 2014.

BY THE COURT:

Ted Stewart
United States District Judge