FILED
United States Court of Appeals
Tenth Circuit

October 7, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

PAMELA MILLER; RANDY HOWARD; DONNA PATTERSON; MARY TOMPKINS, on behalf of themselves and all others similarly situated,

    Plaintiffs - Appellees,

v.

BASIC RESEARCH, LLC; DYNAKOR PHARMACAL, LLC; WESTERN HOLDINGS, LLC; DENNIS GAY; DANIEL B. MOWREY, Ph.D.; MITCHELL K. FRIEDLANDER; BYDEX MANAGEMENT, LLC,

    Defendants - Appellees.

-------------------------------------------

JEFFREY LEE WEINSTEIN,

    Objector - Appellant.

No. 15-4113
(D.C. No. 2:07-CV-00871-TS)
(D. Utah)

_____

**ORDER**

_____

    Appellant's motion to dismiss is granted. *See* 10th Cir. R. 27.3(A)(9) and Fed. R. App. P. Rule 42(b). In light of appellant's voluntary dismissal of the appeal, all pending motions are denied as moot.

A copy of this order shall stand as and for the mandate of the court.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk